UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TABBATHA T. JOHNSON     CIVIL ACTION

VERSUS

ST. HELENA SCHOOL DISTRICT     NO. 21-00622-BAJ-EWD

### RULING AND ORDER

Before the Court is pro se Plaintiff's Complaint initially filed on October 28, 2021. **(Doc. 1).** Plaintiff has failed to establish that this Court has subject matter jurisdiction over the claims in this case. The Magistrate Judge has issued a **Report and Recommendation (Doc. 7)**, recommending that the Court dismiss Plaintiff's complaint without prejudice for failure to establish federal subject matter jurisdiction. There are no objections to the Magistrate Judge's Report.

Having carefully considered Plaintiff's Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims against Defendant St. Helena School District be and are hereby **DISMISSED WITHOUT PREJUDICE,** with each party to bear its own costs.

Baton Rouge, Louisiana, this 27th day of July, 2022

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA